```
 1  LAWRENCE G. BROWN
    Acting United States Attorney
 2  JOHN K. VINCENT
    ROBIN TAYLOR
 3  KRISTIN S. DOOR
    Assistant U.S. Attorneys
 4  501 I Street, Suite 10-100
    Sacramento, CA 95814
 5  Telephone:  (916) 554-2700
 6
 7
 8             IN THE UNITED STATES DISTRICT COURT FOR THE
 9                    EASTERN DISTRICT OF CALIFORNIA
```

| | |
|---|---|
| UNITED STATES OF AMERICA,            Plaintiff,         v.  1.  CRUISERS YACHT 5000, HULL NO. CRSZAA11L001,  2.  2000 BELL HELICOPTER 206L-4, LONG RANGER IV, NO. 52258, N207AW,  3.  2001 ISUZU TROOPER, LICENSE NO. 395146, REGISTERED TO I.T. DEL SUR S.A.,  4.  1999 CHEVROLET, VIN: 3GCBC11434XS106383, LICENSE NO. 171173, REGISTERED TO RANCHO MARQUI,  5.  1997 HONDA MOTORBIKE, VIN: JH2HE0300VK602240, LICENSE NO. MOT-096446, REGISTERED TO RANCHO MARQUI,  6.  1998 HONDA MOTORBIKE, VIN: JH2HE0109TK501083, LICENSE NO. MOT-096445, REGISTERED TO RANCHO MARQUI,  7.  1999 ISUZU TROOPER, VIN: JACUBS256X7100325, LICENSE NO. 426400, REGISTERED TO I.T. DEL SUR S.A., | 2:01-CV-2330-EJG-PAN  **ORDER TERMINATING APPOINTMENT OF CUSTODIAN** |

8.   1999 ISUZU TROOPER, VIN: JACUBS256X7100039, LICENSE NO. 308968, REGISTERED TO I.T. DEL SUR S.A.,

9.   1999 CHEVROLET BLAZER, VIN: 1GNDT13W3X2235416, LICENSE NO. 353780, REGISTERED TO RANCHO MARQUI,

10.   2001 DODGE DURANGO, VIN: 1B4HS28N61F589558, LICENSE NO. 434257, REGISTERED TO ORIGINAL INVESTMENT,

11.   1999 LEXUS GS, VIN: JT8BH68X9X0021542, LICENSE NO. 422663, REGISTERED TO INTERNAL INVESTMENT S.R.L.,

12.   1999 JEEP GRAND CHEROKEE, VIN: 1J4GW58N0XC671939, LICENSE NO. 354622, REGISTERED TO GROWN SECURITIES S.R.L.,

13.   2001 JEEP GRAND CHEROKEE, VIN: 1J4GX48SX1C582805, LICENSE NO. AGV-2320, REGISTERED TO CREACIONES Y DESCRUBRIMIENTOS,

14.   2001 TOYOTA LAND CRUISER, VIN: JT11TJA109004157, LICENSE NO. 396833, REGISTERED TO M.A. PATERRE,

15.   2001 FORD WINDSTAR, VIN: 2FMDA52401BA73117, LICENSE NO. HXG 3486, REGISTERED TO CALZADO F.G.S.A.,

16.   2001 FORD EXPLORER, VIN: 1FMZU85P11UB54173, LICENSE NO. HXH 2520 REGISTERED TO ALYN R. WAAGE,

17.   2001 FORD EXPLORER, VIN: 1FMZU85P81ZA21428, LICENSE NO. HXE 7616, REGISTERED TO ALYN R. WAAGE,

18.   2001 LINCOLN NAVIGATOR, VIN: 5LMFU28R21LJ16435, LICENSE NO. HSH 2892,

19. ASSORTED JEWELRY SEIZED

FROM RANCHO MARQUIS RESIDENCE ON SEPTEMBER 6, 2001,

20. APPROXIMATELY $243,000 IN U.S. CURRENCY SEIZED FROM FROM RANCHO MARQUIS LOCATION ON SEPTEMBER 6, 2001,

21. 1993 HONDA CIVIC LX, VIN: JHMEG8556PS056168, LICENSE NO. 354936, REGISTERED TO CREACIONES Y DESCRUBRIMIENTOS,

22. 2001 VOLKSWAGEN POLO SPORT, VIN: WVWZZZ6KZ1R536587, LICENSE NO. 417913, REGISTERED TO CREACIONES Y DESCRUBRIMIENTOS,

                    Defendants.

This matter comes before the Court on the United States of America's *ex parte* application for an order terminating appointment of David Gutiérrez as custodian in this action.  Upon the application of the United States and the declarations of Jason Lamb and Jennifer Lewis-Gooden, and for the reasons given in the United States' moving papers, the Court makes the following orders:

1. David Gutiérrez' appointment as custodian in this action is hereby terminated.

2. David Gutiérrez has agreed that no further payment would be required to finalize the disposition of the remaining six

///
///
///
///
///

assets.  Upon reconciliation of these assets, no other services are required from Mr. Gutiérrez.

    IT IS SO ORDERED.

DATED: June 15, 2009       /s/ Edward J. Garcia
                                    EDWARD J. GARCIA
                                    United States District Judge